UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER CONDRON<br><br>Defendant | CRIMINAL No. 17-CR-10243-IT |

[PROPOSED] SCHEDULING ORDER

The Government and Defendant respectfully request the court to issue the following scheduling order in light of the new trial date of **June 17, 2019**.

The parties shall by **April 29, 2019**, file proposed voir dire questions, proposed jury instructions, and a trial brief.

Motions in limine, if any, shall be filed with supporting memoranda by **April 29, 2019**. Responses to any motion in limine shall be filed by **May 13, 2019**.

Statements (as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26.2(f)) of witnesses each party intends to call in its case-in-chief shall be produced by **May 27, 2019**.

The government shall by **May 27, 2019**:

(a) Disclose to the defendant the exculpatory information identified in Local Rule 116.2 that has not been previously produced;

(b) Disclose to the defendant a general description (including the approximate date, time, and place) of any crime, wrong, or act the government proposes to offer pursuant to Fed. R. Evid. 404(b);

(c) Absent written objection, provide the defendant with the names and addresses of witnesses the government intends to call at trial in its case-in- chief. If the government subsequently forms an intent to call any other witness, the government shall promptly notify the defendant of the name and address of that prospective witness; and

(d) Absent written objection, provide the defendant with copies of the exhibits and a premarked list of exhibits the government intends to offer in its case-in-chief. If the government subsequently decides to offer any additional exhibit in its case-in-chief, the government shall promptly provide the defendant with a copy of the exhibit and a supplemental exhibit list.

The defendant shall by **June 3, 2019**:

(a) Absent written objection, provide the government with the names and addresses of the witnesses the defendant intends to call in his case-in chief. If the defendant subsequently forms an intent to call any other witness in his case-in-chief, he shall promptly notify the government of the name and address of that witness; and

(b) Absent written objection, provide the government with copies of the exhibits and a premarked list of the exhibits the defendant intends to offer in his case-in-chief. If the defendant subsequently decides to offer any additional exhibits in his case-in-chief, he shall promptly provide the government with a copy of the exhibit and a supplemental exhibit list.

The parties shall by **June 3, 2019** file a written stipulation of any facts that they agree are not in dispute.

Respectfully submitted,

Date: January 25, 2019          By:     */s/ Elysa Q. Wan*
                                        Neil J. Gallagher
                                        Elysa Q. Wan
                                        Assistant United States Attorneys


Date: January 25, 2019          By:     */s/ William M. White Jr.*
                                        William M. White Jr.
                                        218 Lewis Wharf
                                        Boston, MA 02110
                                        Counsel for Christopher Condron

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                            */s/ Elysa Q. Wan*
                                            Elysa Wan
                                            Assistant United States Attorney

Date: January 25, 2019