# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| v. | * | Criminal No. 1:17-cr-10243-IT-1 |
| | * | |
| **CHRISTOPHER CONDRON,** | * | |
| | * | |
| **Defendant.** | * | |

## PRETRIAL SCHEDULING ORDER
### January 29, 2019

After an Initial Pretrial Conference held on January 23, 2019, it is hereby ORDERED that:

1. Trial shall commence on **June 17, 2019** at 9:00 a.m.

2. The parties shall by **April 29, 2019** file proposed voir dire questions, proposed jury instructions, and a trial brief.

3. Motions in limine, if any, shall be filed with supporting memoranda by **April 29, 2019**. Responses to any motion in limine shall be filed by **May 13, 2019**.

4. Statements (as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26.2(f)) of witnesses each party intends to call in its case-in-chief shall be produced by **May 27, 2019**.

5. The government shall by **May 27, 2019:**

    (a) Disclose to the defendant the exculpatory information identified in Local Rule 116.2 that has not been previously produced;

    (b) Disclose to the defendant a general description (including the approximate date, time, and place) of any crime, wrong, or act the government proposes to offer pursuant to Fed. R. Evid. 404(b);

(c) Absent written objection, provide the defendant with the names and addresses of witnesses the government intends to call at trial in its case-in-chief. If the government subsequently forms an intent to call any other witness, the government shall promptly notify the defendant of the name and address of that prospective witness; and

(d) Absent written objection, provide the defendant with copies of the exhibits and a premarked list of exhibits the government intends to offer in its case-in-chief. If the government subsequently decides to offer any additional exhibit in its case-in-chief, the government shall promptly provide the defendant with a copy of the exhibit and a supplemental exhibit list.

6. The defendant shall by **June 3, 2019:**

(a) Absent written objection, provide the government with the names and addresses of the witnesses the defendant intends to call in his case-in-chief. If the defendant subsequently forms an intent to call any other witness in his case-in-chief, he shall promptly notify the government of the name and address of that witness; and

(b) Absent written objection, provide the government with copies of the exhibits and a premarked list of the exhibits the defendant intends to offer in his case-in-chief. If the defendant subsequently decides to offer any additional exhibits in his case-in-chief, he shall promptly provide the government with a copy of the exhibit and a supplemental exhibit list.

7. The parties shall by **June 3, 2019,** file a written stipulation of any facts that they agree are not in dispute.

8. A hearing on <u>Motions in Limine</u> shall be held on **May 29, 2019 at 2:30 p.m.**

9. The <u>Final Pretrial Conference</u> shall be held on **May 29, 2019 at 2:30 p.m.**

10. The following period(s) of time are excluded for Speedy Trial Act purposes, pursuant to 18 U.S.C. § 3161(h), for the reasons stated at the Initial Pretrial Conference and this court's Order [#83]**: March 4, 2019, until June 17, 2019.**


**<u>NOTE</u>: IF THE COURT RESCHEDULES THE TRIAL, ALL SUBMISSION DATES IN THIS ORDER REMAIN IN EFFECT UNLESS COUNSEL FILE A MOTION SEEKING LEAVE OF COURT TO MODIFY THEM TO SPECIFICALLY DESIGNATED DATES.**

Date: January 29, 2019  /s/ Indira Talwani
United States District Judge