UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER CONDRON<br>JESSICA METIVIER<br><br>    Defendants | CRIMINAL No. 17-10243-IT |

PROPOSED VOIR DIRE

In addition to the Court's regular questions to jury venire, the Government respectfully requests the following additional question:

The case you are going to hear may involve some evidence about allegedly fraudulent applications to the United States Treasury Department for grants for energy property that will involve some technical discussion about gasification systems and bio-fuel.

1. Does anyone in the venire have any background or experience in the field of gasification, bio-fuel, wind farms, or any other energy related engineering that could affect you impartiality or view of this case?

                                       ANDREW E. LELLING
                                       United States Attorney

                      By:    /s/ Neil Gallagher
                            Neil J. Gallagher, Jr.
                            Elysa Q. Wan
                            Assistant U.S. Attorneys

Date Submitted: April 29, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                                 /s/ Neil Gallagher
                                                Neil Gallagher
                                                Assistant United States Attorney