UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  CRIMINAL DOCKET
NO. 17 – CR – 10243 – IT

CHRISTOPHER CONDRON

DEFENDANT CHRISTOPHER CONDRON'S
FIRST MOTION FOR
LEAVE TO FILE JURY INSTRUCTIONS LATE, ASSENTED

Now comes Christopher Condron, the Defendant in the above-captioned matter and moves to his requests for jury instructions that were due on Monday, April 28, 2019 late and with the assent of the government.

As reason therefore, counsel misread his calendar and neglected to timely file the proposed instructions. Defendant does not believe that any harm will befall the government by the late filing of the proposed instructions and indeed the government, after conference, has offered its assent to the late filing of the instructions. More importantly, the failure to timely file the proposed instructions was contrary to the Court's instructions and counsel had no intention of failing to said direction and he

will endeavor to timely respond to all remaining events.

                                                By his Attorney,

                                                */s/ William White*
                                                William M. White, Jr.
                                                BBO#: 546283
                                                William M. White, Jr. and Associates
                                                218 Lewis Wharf
                                                Boston, MA  02110
                                                617.720.2002
                                                wmw@libertychamp.com

Assented to:

 */s/ Neil Gallagher (WMW)*
Neil Gallagher, AUSA


## CERTIFICATE OF SERVICE

    I, William M. White, Jr., hereby certify that on this May 2, 2019, I have served a true copy of the *Defendant Christopher Condron's First Motion for Leave to File Jury Instructions Late, Assented* upon the attorney of record for the United States, Assistant United States Attorney Neil Gallagher, by electronic filing this day,

                                                */s/ William White*
                                                William M. White, Jr.

DATE:  May 2, 2019