UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER CONDRON<br><br>    Defendant | CRIMINAL No. 17-cr-10243-IT |

[PROPOSED] AMENDMENT TO THE SCHEDULING ORDER

The Government and Defendant Christopher Condron respectfully request the court to amend the scheduling order in light of the new trial date of **December 9, 2019.** The Court has already set a hearing on motions in limine for **August 13, 2019**, and ordered that the defendant file his oppositions to motions in limine by **July 26, 2019**. Counsel request the following additional deadlines:

Statements (as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26.2(f)) of witnesses each party intends to call in its case-in-chief shall be produced by **October 10, 2019**.

The government shall by **October 10, 2019**:

(a) Absent written objection, provide the defendant with the names and addresses of witnesses the government intends to call at trial in its case-in- chief. If the government subsequently forms an intent to call any other witness, the government shall promptly notify the defendant of the name and address of that prospective witness; and

(b) Absent written objection, provide the defendant with copies of the exhibits and a premarked list of exhibits the government intends to offer in its case-in-chief. If the government subsequently decides to offer any additional exhibit in its case-in-chief, the government shall promptly provide the defendant with a copy of the exhibit and a supplemental exhibit list.

The defendant shall by **November 11, 2019**:

(a) Absent written objection, provide the government with the names and addresses of the witnesses the defendant intends to call in his case-in chief. If the defendant subsequently forms an intent to call any other witness in his case-in-chief, he shall promptly notify the government of the name and address of that witness; and

(b) Absent written objection, provide the government with copies of the exhibits and a premarked list of the exhibits the defendant intends to offer in his case-in-chief. If the defendant subsequently decides to offer any additional exhibits in his case-in-chief, he shall promptly provide the government with a copy of the exhibit and a supplemental exhibit list.

The government shall by **November 18, 2019**:

(a) Disclose to the defendant the exculpatory information identified in Local Rule 116.2 that has not been previously produced;

(b) Disclose to the defendant a general description (including the approximate date, time, and place) of any crime, wrong, or act the government proposes to offer pursuant to Fed. R. Evid. 404(b);

The parties shall by **November 25, 2019** file a written stipulation of any facts that they agree are not in dispute.

                                                Respectfully submitted,

Date: May 25, 2019                        By:    */s/ Elysa Q. Wan*
                                                              Neil J. Gallagher
                                                              Elysa Q. Wan
                                                              Assistant United States Attorneys


Date: May 25, 2019                        By:    */s/ Keren Goldenberg*
                                                              Keren Goldenberg
                                                              19A Alexander Avenue
                                                              Belmont, MA 02478
                                                              Counsel for Christopher Condron

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                          */s/ Elysa Q. Wan*
                                          Elysa Wan
                                          Assistant United States Attorney

Date: May 25, 2019