UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 1:17-cr-10243-IT-1 |
| | * | |
| CHRISTOPHER CONDRON, | * | |
| | * | |
| Defendant. | * | |

PRETRIAL SCHEDULING ORDER

May 31, 2019

It is hereby ORDERED that:

1. Trial shall commence on **December 9, 2019** at 9:00 a.m.

2. Oppositions to motions in limine, if any, shall be filed with supporting memoranda by **July 26, 2019**.

3. Statements (as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26.2(f)) of witnesses each party intends to call in its case-in-chief shall be produced by **October 10, 2019**.

4. The government shall by **October 10, 2019:**

    (a) Absent written objection, provide the defendant with the names and addresses of witnesses the government intends to call at trial in its case-in-chief. If the government subsequently forms an intent to call any other witness, the government shall promptly notify the defendant of the name and address of that prospective witness; and

    (b) Absent written objection, provide the defendant with copies of the exhibits and a premarked list of exhibits the government intends to offer in its case-in-chief. If the government subsequently decides to offer any additional exhibit in its case-in-chief, the government shall promptly

provide the defendant with a copy of the exhibit and a supplemental exhibit list.

5. The defendant shall by **November 11, 2019:**

    (a) Absent written objection, provide the government with the names and addresses of the witnesses the defendant intends to call in his case-in-chief. If the defendant subsequently forms an intent to call any other witness in his case-in-chief, he shall promptly notify the government of the name and address of that witness; and

    (b) Absent written objection, provide the government with copies of the exhibits and a premarked list of the exhibits the defendant intends to offer in his case-in-chief. If the defendant subsequently decides to offer any additional exhibits in his case-in-chief, he shall promptly provide the government with a copy of the exhibit and a supplemental exhibit list.

6. The government shall by **November 18, 2019:**

    (a) Disclose to the defendant the exculpatory information identified in Local Rule 116.2 that has not been previously produced;

    (b) Disclose to the defendant a general description (including the approximate date, time, and place) of any crime, wrong, or act the government proposes to offer pursuant to Fed. R. Evid. 404(b);

7. The parties shall by **November 25, 2019,** file a written stipulation of any facts that they agree are not in dispute.

8. A hearing on <u>Motions in Limine</u> shall be held on **August 13, 2019 at 2:30 p.m.**

9. The <u>Final Pretrial Conference</u> shall be held on **December 3, 2019 at 2:30 p.m.**

10. The following period(s) of time are excluded for Speedy Trial Act purposes, pursuant to 18 U.S.C. § 3161(h), for the reasons stated at the Status Conference: **June 17, 2019 to December 9, 2019.**

**NOTE: IF THE COURT RESCHEDULES THE TRIAL, ALL SUBMISSION DATES IN THIS ORDER REMAIN IN EFFECT UNLESS COUNSEL FILE A MOTION SEEKING LEAVE OF COURT TO MODIFY THEM TO SPECIFICALLY DESIGNATED DATES.**

Date: May 31, 2019               /s/ Indira Talwani
                                 United States District Judge