UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff                 )<br>)<br>v.                            )<br>)<br>CHRISTOPHER CONDRON,  )<br>)<br>    Defendant              )  | CRIMINAL ACTION NO: 17-10243-IT |

### DEFENDANT CHRISTOPHER CONDRON'S
### MOTION FOR LEAVE TO FILE AFFIDAVIT UNDER SEAL

Now comes Christopher Condron, the defendant in the above-captioned matter, and moves for leave to file under seal an affidavit in support of his Motion for Leave to file motions (Document 118.) As reason therefore, the affidavit of counsel contains private and sensitive information. Defendant moves that the document remain impounded unless and until a subsequent order by the Court opens the affidavit to review.

                                                                      Respectfully submitted,
                                                                       CHRISTOPHER CONDRON,
                                                                       By his Attorney,

                                                                       */s/Keren Goldenberg*
                                                                       Keren Goldenberg
                                                                       BBO #657629
                                                                       19A Alexander Ave.
                                                                       Belmont, MA 02478
                                                                       (617) 431-2701
                                                                       keren@kgdefenselaw.com