UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>CHRISTOPHER CONDRON,<br><br>        Defendant. | Case No. 17-cr-10243-IT |

**DEFENDANT'S AMENDED PROPOSED WITNESS LIST**

Pursuant to the Court's Pre-trial Order of March 15, 2021, *see* Dkts. 308 and 310, Defendant Christopher Condron hereby submits the following amended list of potential witnesses that he may call in his case-in-chief. The defendant reserves the right to amend and supplement this proposed witness list as necessary based on the Court's rulings on motions *in limine* and at the close of the government's case-in-chief. The defendant also reserves the right to call witnesses included on the government's proposed witness list whom the government does not call at trial. This list does not include witnesses that may be necessary for rebuttal.

1. John Bonica, Acton, MA
2. Mike Campagnone, Seekonk, MA
3. John Cinotti, Framingham, MA
4. Richard Condron, Summerfield, FL
5. John Conine, Houston, TX
6. Alex Driessen, Henniker, NH
7. Brent Galloway, Dothan, AL
8. Bill Hagy, Lottesville, VA

9. David ("Ted") Hill, St. Augustine, FL

10. Seth Kettleman, Middleton, MD

11. Eric Levesque, Brookfield, NH

12. Richard MacKenzie, Burlington, MA

13. Terry Mazanec, Solon, OH

14. Christopher Morris, Belmont, MA

15. Floyd Earl Riley, Moberly, MO

16. Terrence Spampanato, Reno, NV

17. Alejandro Jason Tirado, Littleton, MA

18. Kevin Turner, Concord, MA

19. Daniel Wilson, Fort Smith, AR

Dated: August 23, 2021

Respectfully submitted,

CHRISTOPHER CONDRON

By his attorneys,

/s/ David J. Grimaldi
David J. Grimaldi (BBO # 669343)
David J. Grimaldi, P.C.
929 Massachusetts Avenue, Suite 200
Cambridge, MA 02139
Tel: (617) 661-1529
Fax: 857-362-7889
david@attorneygrimaldi.com


Seth B. Orkand (BBO # 669810)
ROBINSON & COLE LLP
One Boston Place, 25th Floor
Boston, Massachusetts 02108
Tel: (617) 557-5915
Fax: (617) 557-5999
sorkand@rc.com

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and accurate copy of the foregoing by ECF upon all counsel of record on August 23, 2021.

/s/ David J. Grimaldi
David J. Grimaldi