**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>CHRISTOPHER CONDRON,<br><br>       Defendant. | Case No. 17-cr-10243-IT |

**DEFENDANT'S ASSENTED-TO MOTION TO**
**CONTINUE SENTENCING HEARING TO SEPTEMBER 2022**

Defendant Christopher Condron, by and through the undersigned counsel, hereby moves this Court to continue the sentencing hearing in this matter, currently scheduled for August 8, 2022, to a date between September 21 and 27, 2022, with the exception of September 26. Mr. Condron is currently undergoing a medical study by the Bureau of Prisons pursuant to this Court's Order of March 3, 2022 (Dkt. No. 493). In June 2022, the Bureau of Prisons informed the government that it required an additional 30 days to complete the medical study and to stabilize Mr. Condron's medical conditions. Additionally, the undersigned counsel understands that Mr. Condron was recently evaluated by an eye surgeon and may be scheduled for surgery in the near future. Therefore, it is necessary to continue the sentencing date to permit the Bureau of Prisons adequate time to complete the medical study prior to sentencing and for the Bureau of Prisons to stabilize Mr. Condron's medical conditions.

On July 22, 2022, counsel for the government and U.S. Probation indicated that they assent to this motion.

- 2 -

Dated: July 22, 2022	Respectfully submitted,

CHRISTOPHER CONDRON

By his attorneys,

*/s/ Seth B. Orkand*
Seth B. Orkand (BBO # 669810)
ROBINSON & COLE LLP
One Boston Place, 25th Floor
Boston, Massachusetts 02108
Tel: (617) 557-5915
Fax: (617) 557-5999
sorkand@rc.com

David J. Grimaldi (BBO # 669343)
David J. Grimaldi, P.C.
929 Massachusetts Ave., Suite 200
Cambridge, MA 02139
Tel: (617) 661-1529
david@attorneygrimaldi.com

## L.R. 7.1 CERTIFICATION

I hereby certify that on July 22, 2022, I conferred with counsel for the government in good faith to resolve or narrow the issues presented herein. The government assented to the continuation proposed herein.

*/s/ Seth B. Orkand*
Seth B. Orkand

## CERTIFICATE OF SERVICE

I, Seth B. Orkand, certify that I caused the foregoing motion to be delivered to counsel for the government by email on July 22, 2022.

*/s/ Seth B. Orkand*
Seth B. Orkand