UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHSETTS

CHRISTOPHER CONDRON,
     Defendant

v.                                        Cast No. 1:17-cr-10243-IT

UNITED STATES OF AMERCIA

## MOTION TO DISCHARGE COUNSEL AND NOTICE OF APPEAL

Defendant Christopher Condron, who is presently in custody at Federal Medical Center, Lexington, KY (FMC Lexington), moves this court to discharge counsel Grimaldi, allowing defendant to proceed pro se at his sentencing hearing.

Defendant also submits his notice of appeal and request the court to appoint new counsel on direct appeal, where one of the issues will be ineffective assistance of counsel.

                                                 Respectfully submitted,

August 19, 2022

                                               Christopher Condron
                                               Reg. No. 00469-138
                                               Federal Medical Center
                                               P.O. Box 14500
                                               Lexington, KY 40512