# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>CHRISTOPHER CONDRON,<br><br>       Defendant. | Case No. 17-cr-10243-IT |

## DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING TO OCTOBER 2022

Defendant Christopher Condron, by and through the undersigned standby counsel, hereby moves this Court to continue the sentencing hearing in this matter, currently scheduled for September 27, 2022, for at least 30 days to a date convenient for the Court in October 2022.[1] Mr. Condron is currently undergoing a medical study by the Bureau of Prisons pursuant to this Court's Order of March 3, 2022 (Dkt. No. 493). In June 2022, the Bureau of Prisons informed the government that it required an additional 30 days to complete the medical study and to stabilize Mr. Condron's medical conditions. The undersigned standby counsel understands that the medical study and medical stabilization have yet to be concluded. Therefore, it is necessary to continue the sentencing date to permit the Bureau of Prisons adequate time to complete the medical study and stabilize Mr. Condron's medical conditions.

On September 15, 2022, counsel for the government indicated that they assent to this motion.

---

[1] On September 15, 2022, the Court allowed Mr. Condron's motion to discharge counsel and proceed *pro se*. Magistrate Judge Cabell appointed the undersigned counsel to serve as standby counsel. The undersigned counsel files this motion in their role as standby counsel pursuant to Magistrate Judge Cabell's request given Mr. Condron's inability to timely file this motion prior to the current sentencing date and associated briefing schedule.

| | |
|---|---|
| Dated: September 15, 2022 | Respectfully submitted, |
| | CHRISTOPHER CONDRON |
| | By his attorneys, |
| | */s/ Seth B. Orkand* |
| | Seth B. Orkand (BBO # 669810) |
| | ROBINSON & COLE LLP |
| | One Boston Place, 25th Floor |
| | Boston, Massachusetts 02108 |
| | Tel: (617) 557-5915 |
| | Fax: (617) 557-5999 |
| | sorkand@rc.com |
| | David J. Grimaldi (BBO # 669343) |
| | David J. Grimaldi, P.C. |
| | 929 Massachusetts Ave., Suite 200 |
| | Cambridge, MA 02139 |
| | Tel: (617) 661-1529 |
| | david@attorneygrimaldi.com |

## L.R. 7.1 CERTIFICATION

I hereby certify that on September 15, 2022, I conferred with counsel for the government in good faith to resolve or narrow the issues presented herein. The government assented to the continuation proposed herein.

*/s/ Seth B. Orkand*
Seth B. Orkand

- 3 -

## CERTIFICATE OF SERVICE

      I, Seth B. Orkand, certify that I caused the foregoing motion to be delivered to counsel for the government by email on September 15, 2022.

                                          */s/ Seth B. Orkand*
                                          Seth B. Orkand