UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal Action No. 1:17-cr-10243-IT-1 |
| CHRISTOPHER CONDRON, | * |
| Defendant. | * |

ORDER

October 25, 2022

TALWANI, D.J.

Pending before the court is Defendant Christopher Condron's <u>Emergency Motion of Demonstrable Actual Innocence in Violation of the Constitution</u> [Doc. No. 542]. Condron requests acquittal based on an alleged miscalculation of a construction cost estimate at trial. Alternatively, Condron requests the court to reverse the charges and vacate his sentence. Where the court has already denied Condron's previous motions for acquittal [Docs. Nos. 444, 459], <u>see</u> Order [Doc. No. 502], and the current motion was filed outside of the 14-day time limit as required by Federal Rule of Criminal Procedure 29(c)(1), the renewed motion for acquittal is denied. To the extent that Condron challenges the judgment, his motion is premature as he has not yet been sentenced.

Accordingly, Condron's Motion [Doc. No. 542] is DENIED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge