UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER CONDRON,<br><br>Defendant | CRIMINAL No. 17-CR-10243-IT |

## OMNIBUS OPPOSITION TO DEFENDANT'S EMERGENCY MOTIONS FILED ON NOVEMBER 29, 2022

The United States of America, by Rachael S. Rollins, United States Attorney, and Elysa Wan and Neil Gallagher, Assistant United States Attorneys for the District of Massachusetts, opposes to the defendant's motions, styled, Emergency Motion to Review for Errors of Fact and Law and Possibly Fraud Upon the Court [Doc. No. 554]; Motion to Show Selective Prosecution and Reversal of Counts 1-4 [Doc. No. 555]; Emergency Motion of Demonstrable Actual Innocense (*sic.*) to Reverse Count 2 [Doc. No. 556]; Memorandom (*sic*) of Law and Fact in Support of Defendants (*sic.*) Motion Regarding Emergency Motion to Review[] Purported Placed In Service Statements Purportedly Made by Metivier and Likelihood of Prejudicial Spillover [Doc. No. 557]. Each of these motions challenge the defendant's conviction and were filed outside of the 14-day time limit to challenge the conviction under Federal Rule of Criminal Procedure 29(c)(1) and before a judgment of conviction is final. As such, the Court should deny these motions for the reasons stated in the Court's Order dated November 23, 2022.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: /s/ *Elysa Wan*
Elysa Q. Wan
Neil Gallagher
Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that Click and choose text from drop-down list filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                      By:    /s/ *Elysa Wan*
                                Elysa Q. Wan
                                Assistant United States Attorney

Date: December 2, 2022