UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal Action No. 1:17-cr-10243-IT-1 |
| | * | |
| CHRISTOPHER CONDRON, | * | |
| | * | |
| Defendant. | * | |

ORDER

December 14, 2022

TALWANI, D.J.

At the December 6, 2022 sentencing of Defendant Christopher Condron, the court

imposed a sentence but delayed entering a final judgment due to concerns raised by Condron

regarding his medical treatment for his Type 1 diabetes under Bureau of Prisons custody. See

Elec. Clerk's Notes [Doc. No. 562]; Mot. Requesting Home Confinement As a Result of BOP's

Inability to Provide Care and Proper Medication, in a Reasonable and Effective Manner [Doc.

No. 553]. The court scheduled a show cause hearing for December 15, 2022, to allow the

government and the Bureau of Prisons to address the plan for Condron's medical treatment while

in custody.

On December 9, 2022, the government filed its sealed Motion to Vacate or Continue the

Show Cause Hearing [Doc. No. 567], which included a medical and housing plan for Condron

while in Bureau of Prisons custody. On December 12, 2022, Condron, in consultation with his

standby counsel, assented to the government's motion to vacate the show cause hearing based on

the government's representations about his care, see Notice of Assent [Doc. No. 570].

The court has cancelled the show cause hearing in reliance on the government's

representations that an appointment for Condron at the Kentucky Medical Center has been

scheduled for January 3, 2023, at which the endocrinology clinic will order the appropriate

insulin pump, which the Bureau of Prisons will pay for, the continuous glucose monitoring

device, and the appropriate branded insulin. The court formally recommends to the Bureau of

Prisons that Condron be assigned and transferred to FMC-Lexington as quickly as possible, to

allow Condron to attend the medical appointment and to use the insulin pump and continuous

glucose monitoring device with Bluetooth capability. The court also formally recommends that

Condron be given access to a diabetic diet that includes low-carb options, as recommended by

his endocrinologist.

The Bureau of Prisons shall promptly report to the court if these recommendations are not

implemented.

IT IS SO ORDERED.

December 14, 2022

United States District Judge