# United States Court of Appeals
## For the First Circuit

No. 22-1760

UNITED STATES,

Appellee,

v.

CHRISTOPHER N. CONDRON,

Defendant - Appellant.

**JUDGMENT**

Entered: December 14, 2022
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Seth B. Orkand
David J. Grimaldi
Christopher N. Condron
Donald Campbell Lockhart
Neil J. Gallagher Jr.
Elysa Q. Wan
Charles Henry Fasoldt